NUMBER 13-00-562-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


JAMES WARD
, Appellant,


v.



XAVIER GALVAN AND CARMEN GALVAN
, Appellees.

___________________________________________________________________


On appeal from County Court at Law No. 2 


of Cameron County, Texas.


___________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam



 Appellant, JAMES WARD, perfected an appeal from a judgment
entered by County Court at Law No. 2 of Cameron County, Texas, in
cause number 97-CCL-790-B. After the notice of appeal was filed,
appellant filed a joint motion to reverse and remand pursuant to
settlement. In the motion, appellant states that the parties have entered
into a settlement agreement in this matter.

 The Court, having examined and fully considered the documents
on file and appellant's motion, is of the opinion that the motion should
be granted. Appellant's motion is granted, and the judgment of the trial
court is hereby REVERSED and the cause is REMANDED to the trial
court for entry of judgment in accordance with the parties' settlement
agreement. 

 PER CURIAM

Opinion ordered not published.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 9th day of November, 2000.